1  THOMAS M. FREEMAN (Cal. Bar No. 109309)
   BONNIE A. MILUSO (Cal Bar. No. 237150)
2  MARION'S INN
   1611 Telegraph Avenue, Suite 707
3  Oakland, California 94612-2145
   Telephone:  (510) 451-6770
4  Facsimile:  (510) 451-1711
   Email: tmf@marionsinn.com
5  Email: bam@marionsinn.com

6  Attorneys for Defendant Kaiser Foundation
   Health Plan, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   ISLAND VIEW RESIDENTIAL TREATMENT  )   Case No. 3:09-cv-03921-BZ
11 CENTER, et al.                     )
                                      )   STIPULATED MOTION AND ORDER
12            Plaintiffs,             )   EXTENDING DATE FOR RESPONSIVE
                                      )   PLEADING; DECLARATION OF
13      v.                            )   BONNIE A. MILUSO
                                      )
14 KAISER PERMANENTE, et al.          )
                                      )
15                                    )
              Defendant.              )
16 _____)

17

18      WHEREAS defendant Kaiser Foundation Health Plan, Inc.'s answer to plaintiffs Anna

19 L., Thomas L. and Andrew L.'s complaint was due on or about September 14, 2009; and

20      WHEREAS due to an inadvertent error defendant failed to serve its answer to the court

21 within the 20 days after being served in accordance with Federal Rule of Civil Procedure

22 12(a)(1)(A)(i);

23      THE PARTIES HEREBY STIPULATE to an entry of an Order, in accordance with

24 Federal Rule of Civil Procedure 6(b)(1)(B) that defendant's response to plaintiffs' complaint

25 shall be extended to September 21, 2009.

26      THE PARTIES RESPECTFULLY REQUEST this Court enter an Order that defendant's

27

28

1  response to plaintiffs' complaint shall be extended to September 21, 2009.

2

3          Respectfully submitted,

4

5  Dated: September 25, 2009          MARION'S INN
                                      THOMAS M. FREEMAN
6                                     BONNIE A. MILUSO

7

8                                     By: _____

9                                          Bonnie A. Miluso

10                                    Attorneys for defendant Kaiser Foundation Health
11                                    Plan, Inc.

12
   DATED: September 25, 2009          BRIAN S. KING, ATTORNEY AT LAW
13                                     BRIAN S. KING

14

15

16                                    By: _____

17                                         Brian S. King

18                                    Attorney for plaintiffs Anna L., Thomas L. and
                                      Andrew L.
19

20

21

22

23

24

25

26

27

28

---

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING          CASE 09-03921 BZ
DATE FOR RESPONSIVE PLEADING

### DECLARATION OF BONNIE A. MILUSO

I, Bonnie A. Miluso, declare:

1.      I am an attorney licensed to practice before the courts of the State of California, and am member of the law firm of Marion's Inn, counsel for defendant Kaiser Foundation Health Plan, Inc. ("Health Plan") in the above-entitled action.  I have personal knowledge of, and if called as a witness will testify to, the facts contained in this declaration.

2.      On or about August 8, 2009, the Honorable Clark Waddoups, United States District Court, District of Utah, granted defendant's motion to change to venue.

3.      On or about August 21, 2009, the Honorable Clark Waddoups signed an Order Transferring Case to the United States District Court, Northern District of California.

2.      On or about August 25, 2009, plaintiffs' complaint in the above-entitled action was officially filed in the United States District Court, Northern District of California.

3.      Defendant's answer to plaintiff's complaint was due on September 14, 2009.

4.      Defendant, due to an inadvertent calendaring error, failed to serve its responsive papers in accordance with Federal Rules of Civil Procedure 12(a)(1)(A)(i) by September 14, 2009.

5.      On or about September 17, 2009, I contacted plaintiff's attorney Brian S. King to see if plaintiffs would agree to sign a stipulation extending time for defendant to file a response to the Complaint.. Mr. King agreed to sign the stipulation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 25, 2009               _____

Bonnie A. Miluso

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING               CASE 09-03921 BZ
DATE FOR RESPONSIVE PLEADING

1

**O R D E R**

2

3       Based on the Stipulated Motion of the parties, good cause appearing, and pursuant to

4  Federal Rule of Civil Procedure 6(b)(1)(B);

5       IT IS HEREBY ORDERED that the due date for defendant's responsive pleading is

6  extended to September 21, 2009.

7

8

9

10  Dated: 9/24/09

11                            *Saundra B. Armstrong*

12                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING         CASE 09-03921 BZ
DATE FOR RESPONSIVE PLEADING

-4-