THOMAS M. FREEMAN (Cal. Bar No. 109309)
KATHY DONG (Cal Bar. No. 267611)
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
Email: tmf@marionsinn.com
Email: kd@marionsinn.com

Attorneys for Defendant Kaiser Foundation
Health Plan, Inc

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ISLAND VIEW RESIDENTIAL TREATMENT CENTER, and Anna L., Thomas L., and Andrew L., <br><br> Plaintiffs, <br><br> v. <br><br> KAISER PERMANENTE, and KAISER PERMANENTE TRADITIONAL PLAN FOR SMALL BUSINESS <br><br> Defendants. | Case No. 4:09-cv-03921-SBA <br><br> **STIPULATION AND ORDER EXTENDING ADR DEADLINE** |

Plaintiffs and Defendant Kaiser Foundation Health Plan (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on December 16, 2009, the Court ordered that the Parties participate in Mediation on or before January 31, 2010 (Docket Entry # 24);

WHEREAS, the Parties are in the process of obtaining and reviewing Andrew L.'s medical records and have conferred regarding the same;

WHEREAS, given the pending review of medical records and the unavailability of plaintiffs' counsel Brian King from January 31, 2010 through March 12, 2010 and the current

mediation deadline, the Parties believe that in order for a mediation to be fruitful, the Parties require additional time to prepare for mediation;

WHEREAS, the Parties agree that a mediation deadline of March 26, 2010 will provide sufficient time to complete discovery and prepare for mediation;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

The deadline for the parties to participate in a mediation session pursuant to ADR L.R. 6 is March 26, 2010.

Dated: January 5, 2010                          Respectfully submitted,

                                                BRIAN S. KING, ATTORNEY AT LAW


                                                By: _____/s/_____
                                                   Brian S. King, Attorney for Plaintiffs
                                                   (admitted *pro hac vice*)

                                                DL LAW GROUP


                                                By: _____/s/_____
                                                   David Lilienstein, Attorney for Plaintiffs


Dated: January 5, 2010                          MARION'S INN LLP


                                                By: _____
                                                   Thomas M. Freeman
                                                   Attorneys for Kaiser Foundation Health
                                                   Plan, Inc

///
///
///
///
///
///

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: January 5, 2010                    MARION'S INN LLP


By: _____
        Thomas M. Freeman
        Attorneys for Kaiser Foundation Health
        Plan, Inc


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

        The deadline for the parties to participate in a mediation session pursuant to ADR L.R. 6 is March 26, 2010.


Dated: 1/11/10                    _____
                                  Hon. Saundra Brown Armstrong
                                  Judge of the United States District Court