David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
Nicole T. Durrant #8803
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com, nicole@briansking.com

Attorneys for Plaintiffs Anna L., Thomas L. and Andrew L.

THOMAS M. FREEMAN (Cal. Bar No. 109309)
KATHY DONG (Cal. Bar No. 267611)
MARION'S INN, LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
Email: tmf@marionsinn.com. kd@marionsinn.com

Attorneys for Defendant Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAND VIEW RESIDENTIAL TREATMENT CENTER, ANNA L., THOMAS L., and ANDREW L.<br><br>    Plaintiffs,<br>    v.<br><br>KAISER PERMANENTE, and KAISER PERMANENTE TRADITIONAL PLAN FOR SMALL BUSINESS.<br><br>    Defendants. | Case No.  CV 09-3921 SBA<br><br>**ORDER REMOVING DOCUMENT 35 FROM THE COURT'S RECORDS**<br><br>Hearing Date: 5/11/2010<br>Time: 1:00 p.m.<br>Place: Oakland, Ctrm 1, 4th Floor<br>Honorable Sandra Brown Armstrong |

1
2
3
4
5
6
7
8
9
10
...
28

    Based on the Joint Motion of the parties and good cause appearing, it is hereby ORDERED that the document filed and docketed at ECF 35, the Affidavit of Mary C. Covington, shall be removed from the Court record to protect confidentiality of protected health information. Plaintiffs are instructed to immediately refile the document with proper redaction of its attached exhibits.

    DATED this 12th day April, 2010.

                                                     */s/ Sandra B. Armstrong*
                                      U.S. District Court Judge
                                      Sandra Brown Armstrong

**ORDER REMOVING DOCUMENT 35 FROM THE COURT'S RECORDS**        Case No. CV 09-3921   2