1  THOMAS M. FREEMAN (Cal. Bar No. 109309)
   KATHY DONG (Cal Bar No. 267611)
2  MARION'S INN LLP
   1611 Telegraph Avenue, Suite 707
3  Oakland, California 94612-2145
   Telephone:  (510) 451-6770
4  Facsimile:  (510) 451-1711
   Email: tmf@marionsinn.com
5  Email: kd@marionsinn.com

6  Attorneys for Defendant Kaiser Foundation
   Health Plan, Inc.
7
   Brian S. King, #4610 (admitted pro hac vice)
8  Brian S. King, Attorney at Law
   336 South 300 East, Suite 200
9  Salt Lake City, Utah 84111
   Telephone: (801) 532-1739
10 Facsimile: (801) 532-1936
   Email: brian@briansking.com
11
   David M. Lilienstein (State Bar No. 218923)
12 DL LAW GROUP
   345 Franklin St.
13 San Francisco, California 94102
   Telephone: (415) 392-2289
14 Facsimile: (415) 358-8484
   Email: david@dllawgroup.com
15
   Attorneys for Anna L., Thomas L.,
16 and Andrew L.

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19
   ISLAND VIEW RESIDENTIAL              )   Case No. C 09-03921 SBA
20 TREATMENT CENTER, ANNA L., THOMAS    )
   L., and ANDREW L.,                   )
21                                      )   STIPULATED ORDER TO REMOVE
           Plaintiffs,                  )   DOCUMENTS FROM THE COURT'S
22                                      )   RECORDS
       v.                               )
23                                      )
                                        )   Date:  May 11, 2010
24 KAISER PERMANENTE and KAISER         )   Time:  1:00 p.m.
   PERMANENTE TRADITIONAL PLAN FOR      )   Place: Courtroom 1
25 SMALL BUSINESS,                      )   Judge: Hon. Saundra B. Armstrong
                                        )
26         Defendants.                  )
                                        )   Case Filed:    August 25, 2009
27 _____)

28

                                        1

1  WHEREAS, filings in the above-entitled matter involve the inclusion of documents
2  containing confidential protected health information and may otherwise require disclosure of such
3  information;

4  WHEREAS, the parties Plaintiffs Anna L., Thomas L., and Andrew L. and Defendant
5  Kaiser Foundation Health Plan ("Health Plan") acknowledge and agree that it is appropriate to
6  protect and prevent the public dissemination of confidential protected health information;

7  WHEREAS, on April 6, 2010 counsel for Health Plan inadvertently electronically filed
8  declarations in support of its motion for summary judgment with attached exhibits containing
9  protected health information;

10  IT IS HEREBY STIPULATED and agreed, that both parties:

11  1. Agree to the removal of the following documents from the court's records:
12      a. ECF 33
13      b. ECF 34
14      c. ECF 36
15      d. ECF 37
16      e. ECF 39
17  2. On April 7, 2010, Health Plan will re-file the above referenced documents with
18     appropriate redactions to protect the confidential protected health information.

19  Respectfully submitted,

20  Dated: April 13, 2010                MARION'S INN LLP
                                         THOMAS M. FREEMAN
21                                       KATHY DONG

22
                                         By: _____
23                                             Kathy Dong

24                                       Attorneys for Defendant Kaiser Foundation Health
                                         Plan, Inc.
25

26  Dated: April 13, 2010                Brian S. King, Attorney at Law
27                                       Brian S. King

28

2
STIPULATED ORDER TO REMOVE DOCUMENTS FROM COURT E-FILE RECORDS
Case No. C 09-03921 SBA

|   |   |
|---|---|
| 1 | |
| 2 | DL LAW GROUP<br>David Lilienstein |
| 3 | By: _____<br>       Brian S. King |
| 4 | Attorneys for Anna L., Thomas L., and Andrew L. |

Good Cause Appearing, IT IS SO ORDERED

Dated: 4/12/10

*Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG