UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ISLAND VIEW RESIDENTIAL TREATMENT CENTER, ANNA L., THOMAS L., and ANDREW L.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER PERMANENTE, and KAISER PERMANENTE TRADITIONAL PLAN FOR SMALL BUSINESS,<br><br>Defendants. | Case No:  CV 09-3921 SBA<br><br>**ORDER TO SEAL PRE-LITIGATION RECORD**<br><br>[Docket No. 59] |

Presently before the Court is the parties' Joint Motion to Seal Pre-Litigation Record. (Docket No. 59.) The parties request that the pre-litigation record be filed under seal because the records consist of, among other things, documents that contain protected health information and other confidential information.

Local Rule 79-5(a) specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable. The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). A review of the pre-ligation records shows that the parties' joint motion is narrowly tailored and complies with L.R. 79-5(b).

Accordingly, the parties' Joint Motion to Seal Pre-Litigation Record is GRANTED.

Dated: April 15, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge