UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ISLAND VIEW RESIDENTIAL TREATMENT CENTER, ANNA L., THOMAS L., and ANDREW L.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER PERMANENTE, and KAISER PERMANENTE TRADITIONAL PLAN FOR SMALL BUSINESS,<br><br>Defendants. | Case No:  C 09-03921 SBA<br><br>**ORDER** |

In view of the Ninth Circuit's Mandate dismissing the appeal, Dkt. 88,

IT IS HEREBY ORDERED THAT any pending matters, including but not limited to Docket 83, are terminated.

IT IS SO ORDERED.

Dated: March 21, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge